# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | SACV 19-00872-JLS (JDEx) |
| Title | Trinity Property Consultants, LLC v. Trinity Management Services |
| Date | December 21, 2020 |

**Present: The Honorable    JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    (IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS WITH PREJUDICE**

The Court, having been advised that this action has been resolved by a Joint Stipulation for Dismissal [27], hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                                     -   :   -

                                        Initials of Deputy Clerk   mku